**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JACQUELINE CURRY, *pro se,*

    Plaintiff,

v.                                             Case No: 8:14-cv-2420-T-30TGW

HSBC NORTH AMERICA HOLDINGS,
INC. and HSBC TECHNOLOGY &
SERVICES (USA) INC.,

    Defendants.
_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates this action was filed on September 25, 2013. The *pro* se Plaintiff was provided numerous opportunities to amend her complaint. She also received two extensions to respond to Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint, or Alternatively, Motion for Summary Judgment (Dkt. #56). Plaintiff failed to file a response by February 5, 2015, the date of the last extension. She also failed to request an additional extension of time to respond to the motion. Accordingly, based on this Court's inherent authority to manage its docket, this action will be dismissed for Plaintiff's failure to file any response to Defendants' motion and for her failure to prosecute her case.

It is therefore **ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice for the reasons stated herein.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of February, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-2420 dismissal.docx